**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CFS-4 II, LLC, A DELAWARE LLC AND ASSIGNEE OF FIRST NATIONAL BANK OF PENNSYLVANIA, | : | No. 873 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHOENIX ESTATES, A PENNSYLVANIA GENERAL PARTNERSHIP, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.